IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERALD EDWIN ROBERSON**                                                   **PLAINTIFF**
**ADC #133738**

V.                              CASE NO.  4:21-cv-01100 JM

**SALINE COUNTY SHERIFF'S**
**OFFICE**, *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this day 27th day of December, 2021.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE